Opinion
issued August 11, 2011.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B09-01146-CV

 



 

THE BEAUTIFUL ONE, SPARKLE UNIQUE
JOHNSON, NINA JOHNSON, Appellants

 

V.

 

ACCESS ATM, INC., Appellee

 



 

On Appeal from the County Civil
Court at Law No. 2

 Harris County, Texas

Trial Court Cause No. 926876

 



 

MEMORANDUM
OPINION








Appellants The Beautiful One, Sparkle Unique Johnson, Nina
Johnson have failed to timely file a brief. 
See Tex. R. App. P.
38.8(a) (failure of appellant to file brief). 
After being notified that this appeal was subject to dismissal,
appellants did not adequately respond.  See
Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Brown.